# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1067

_____

Hillmar I. Bittner,      &ast;
            &ast;
   Appellant,     &ast;
            &ast;  Appeal from the United States
   v.         &ast;  District Court for the
            &ast;  District of Minnesota.
State of Minnesota; Mike Hatch,  &ast;
Attorney General,     &ast;  [UNPUBLISHED]
            &ast;
   Appellees.     &ast;

_____

Submitted: August 24, 2004
Filed: August 27, 2004

_____

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Hillmar-Ivan Bittner appeals the district court's[1] denial of his motion to reconsider the dismissal of his complaint challenging the constitutionality of a Minnesota child-custody decree. Having carefully reviewed the record, we conclude the district court did not abuse its discretion as Bittner's motion did not allege any cognizable grounds for postjudgment relief or otherwise show exceptional

_____

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.

circumstances warranting relief.  <u>See</u> <u>Sanders v. Clemco Indus.</u>, 862 F.2d 161, 169 (8th Cir. 1988).  Accordingly, we affirm.

_____